**Beverley GRIFFITH–FENTON,**
**Plaintiff–Appellant,**

v.

**MERS, et al., Defendants,**

**Chase Home Finance, LLC, et**
**al., Defendants–Appellees.**

**No. 12–3357.**

United States Court of Appeals,
Second Circuit.

Aug. 22, 2013.

Beverley Griffith–Fenton, NY, pro se.

Cynthia Ann Augello, Esq., Cullen and Dykman, LLP, Garden City, NY, for Defendants–Appellees.

PRESENT: RICHARD C. WESLEY, PETER W. HALL, SUSAN L. CARNEY, Circuit Judges.

## SUMMARY ORDER

Appellant Beverley Griffith–Fenton, *pro se*, appeals from a final judgment dismissing her complaint alleging violations of the Truth in Lending Act, 15 U.S.C. § 1601 *et seq.;* the Real Estate Settlement Procedures Act, 12 U.S.C. § 2601 *et seq.;* the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.;* the Home Affordable Modification Program, and various state laws, pursuant to Federal Rule of Civil Procedure 12(b)(6) and 28 U.S.C. § 1915(e)(2)(B)(ii), for failure to state a claim. We assume the parties' familiarity with the underlying facts, the procedural history of the case, and the issues on appeal.

We review *de novo* a district court decision dismissing a complaint pursuant to Rule 12(b)(6) and § 1915(e)(2). *See Litwin v. Blackstone Group, L.P.,* 634 F.3d 706, 715 (2d Cir.2011); *Giano v. Goord,* 250 F.3d 146, 149–50 (2d Cir.2001). After an independent review of the record and relevant case law, we affirm for substantially the same reasons articulated by the district court judge in his well-reasoned decision entered May 30, 2012.

We have considered all of Appellant's remaining arguments and find them to be without merit. Accordingly, we **AFFIRM** the judgment of the district court.